**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**John Rowland MILLS, Defendant–
Appellee.**

**No. 13–10655.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 4, 2015.*

Filed Feb. 6, 2015.

Frederick A. Battista, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellant.

Tara Kristine Hoveland, South Lake Tahoe, CA, Defendant–Appellee.

Before: TALLMAN and RAWLINSON, Circuit Judges, and MURPHY, District Judge.**

**ORDER ***

A federal jury found John Rowland Mills guilty of nine counts of violating 18 U.S.C. § 1343 (2012), the federal wire fraud statute. The district court granted Mills's motion for judgment of acquittal on eight of the nine counts, but affirmed as to one count, count fifteen. We address Mills's

appeal in a separate memorandum disposition filed contemporaneously with this order.

The government initially filed a cross-appeal, but later withdrew it: "While the United States disagrees with the district court's ruling, it has chosen not to challenge the result in the interest of judicial economy and the strength of its argument presented herein." Letter from John S. Leonardo, AUSA, to Molly Dwyer, Clerk of the Court (Aug. 13, 2014), ECF No. 24. We therefore dismiss the government's cross-appeal.

This order shall serve as the mandate of the court.

**DISMISSED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.